# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT ROY HOLMES,
                 Appellant,
            vs.
CAPUCINE YOLANDA HOLMES,
                 Respondent.

No. 80641

FILED

MAR 2 0 2020

ELIZA... BROWN
CLERK ... EME COURT
BY
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting a motion for an order to show cause why appellant should not be held in contempt, to compel compliance with decree of divorce, and for an award of attorney fees and costs. Eighth Judicial District Court, Family Court Division, Clark County; Rena G. Hughes, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order finding a party in contempt, compelling compliance with a divorce decree and a related award of attorney fees. *See Pengilly v. Rancho Santa Fe Homeowners Ass'n*, 116 Nev. 646, 649, 5 P.3d 569, 671 (2000) (recognizing that a contempt order entered in an ancillary proceeding is not appealable); *compare Vaile v. Vaile*, 133 Nev. 213, 217, 396 P.3d 791, 794 (2017); *and Lewis v. Lewis*, 132 Nev. 453, 373 P.3d 878

20-11670

(2016). To the extent appellant challenges the award of attorney fees and costs, the appeal is premature because the district court has directed respondent to submit a memorandum of fees. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Rena G. Hughes, District Judge, Family Court Division
       Wilbert Roy Holmes
       Heaton Fontano, Ltd.
       Eighth District Court Clerk

